**Order filed, October 8, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00679-CV

_____

### GREAT SOUTHWEST REGIONAL CENTER, LLC, Appellant

### V.

### ACSWD, LP, Appellee

**On Appeal from the 53rd District Court
Travis County, Texas
Trial Court Cause No. D-1-GN-15-000558**

## ORDER

The reporter's record in this case was due October 4, 2018. *See* Tex. R. App. P. 35.1. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Leah Hayes, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM